B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  **New Dawn Assisted Living Operating Company, LLC No. 24**      Case No.  **2:15-bk-14558-GBN**
Debtor(s)      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A PLACE FOR MOM, INC. PO BOX 674164 DETROIT, MI 48267 | A PLACE FOR MOM, INC. PO BOX 674164 DETROIT, MI 48267 | | | 17,867.00 |
| CENTURYLINK PO BOX 29040 PHOENIX, AZ 85038-9040 | CENTURYLINK PO BOX 29040 PHOENIX, AZ 85038-9040 | | | 668.00 |
| HD SUPPLY FACILITIES MAINTENANCE LTD. PO BOX 509058 SAN DIEGO, CA 92150 | HD SUPPLY FACILITIES MAINTENANCE LTD. PO BOX 509058 SAN DIEGO, CA 92150 | | | 452.00 |
| HOBART SERVICE PO BOX 2517 CAROL STREAM, IL 60132 | HOBART SERVICE PO BOX 2517 CAROL STREAM, IL 60132 | | | 733.00 |
| IT'S NEVER 2 LATE DEPT 999254 PO BOX 173802 DENVER, CO 80217 | IT'S NEVER 2 LATE DEPT 999254 PO BOX 173802 DENVER, CO 80217 | | | 375.00 |
| LONG BUILDING TECHNOLOGIES INC. PO BOX 5501 DENVER, CO 80217-5501 | LONG BUILDING TECHNOLOGIES INC. PO BOX 5501 DENVER, CO 80217-5501 | | | 4,623.00 |
| MCKESSON MEDICAL PO BOX 630693 CINCINNATI, OH 45263-0693 | MCKESSON MEDICAL PO BOX 630693 CINCINNATI, OH 45263-0693 | | | 4,789.00 |
| MOMENTUM HEALTHWARE 308-131 PROVENCHER BOULEVARD WINNIPEG, MB CANADA   R2H 0G2 | MOMENTUM HEALTHWARE 308-131 PROVENCHER BOULEVARD WINNIPEG, MB CANADA   R2H 0G2 | | | 9,344.00 |
| NEWCO DOOR & HARDWARE LLC 6606 E 47TH DRIVE DENVER, CO 80216 | NEWCO DOOR & HARDWARE LLC 6606 E 47TH DRIVE DENVER, CO 80216 | | | 383.00 |
| RAGSDALE PROFESSIONAL HEALTH PLLC 2419 S. CHASE LANE DENVER, CO 80227 | RAGSDALE PROFESSIONAL HEALTH PLLC 2419 S. CHASE LANE DENVER, CO 80227 | | | 2,250.00 |

In re  **New Dawn Assisted Living Operating Company, LLC No. 24**  Case No.  **2:15-bk-14558-GBN**
      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| REALPAGE, INC.<br>PO BOX 671777<br>DALLAS, TX 75267-1777 | REALPAGE, INC.<br>PO BOX 671777<br>DALLAS, TX 75267-1777 | | | 605.00 |
| SCENTAIR TECHNOLOGIES, INC.<br>PO BOX 906032<br>CHARLOTTE, NC 28290-6032 | SCENTAIR TECHNOLOGIES, INC.<br>PO BOX 906032<br>CHARLOTTE, NC 28290-6032 | | | 699.00 |
| SCHRYVER MEDICAL INC.<br>12075 E 45TH AVENUE, SUITE 600<br>DENVER, CO 80239-3136 | SCHRYVER MEDICAL INC.<br>12075 E 45TH AVENUE, SUITE 600<br>DENVER, CO 80239-3136 | | | 740.00 |
| SENIOR LIVING ADVISORS LLC<br>6633 E 115TH AVENUE<br>THORMTON, CO 80233 | SENIOR LIVING ADVISORS LLC<br>6633 E 115TH AVENUE<br>THORMTON, CO 80233 | | | 4,122.00 |
| SIMPLEXGRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 | SIMPLEXGRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 | | | 581.00 |
| STAPLES ADVANTAGE<br>PO BOX 405386<br>ATLANTA, GA 30384-5386 | STAPLES ADVANTAGE<br>PO BOX 405386<br>ATLANTA, GA 30384-5386 | | | 1,006.00 |
| SUPPLYWORKS<br>PO BOX 848392<br>DALLAS, TX 75284-8392 | SUPPLYWORKS<br>PO BOX 848392<br>DALLAS, TX 75284-8392 | | | 1,903.00 |
| TERRI KERN<br>PO BOX 1140<br>SANDIA PARK, NM 87047 | TERRI KERN<br>PO BOX 1140<br>SANDIA PARK, NM 87047 | | | 554.00 |
| TYCO INTEGRATED SECURITY LLC<br>PO BOX 371967<br>PITTSBURGH, PA 15250 | TYCO INTEGRATED SECURITY LLC<br>PO BOX 371967<br>PITTSBURGH, PA 15250 | | | 1,546.00 |
| US FOOD SERVICE, INC.<br>DEPT 597<br>DENVER, CO 80271 | US FOOD SERVICE, INC.<br>DEPT 597<br>DENVER, CO 80271 | | | 14,085.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 17, 2015**                     Signature  **/s/ Dennis R. Haydon**
                                                            **Dennis R. Haydon**
                                                            **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.